UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Holding a Criminal Term
Grand Jury Sworn in on

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 07-211 |
| | ) | Mag No: 07-307 |
| V. | ) | GRAND JURY ORIGINAL |
| | ) | |
| MICHELE WONG | ) | 18 U.S.C. §1956(h) |
| | ) | Conspiracy to Engage in Monetary |
| | ) | Transactions in Property Derived |
| | ) | from Specified Unlawful Activity |
| | ) | 18 U.S.C. 1957 |
| | ) | Engaging in Monetary Transactions |
| | ) | in Property Derived from Specified |
| | ) | Unlawful Activity |
| | ) | 18 U.S.C. 982 |
| | ) | Criminal Forfeiture |
| | ) | 18 U.S..C. §2 |
| Defendant. | ) | |

SULLIVAN, J. EGS

**B**

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**
**CONSPIRACY**

FILED IN OPEN COURT

AUG 2 1 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Beginning on or about May 2006 and continuing thereafter up to and including the date of the filing of this Indictment, within the United States, and elsewhere, the Defendant, MICHELE WONG and others know and unknown to the Grand Jury, did unlawfully and knowingly combine, conspire, confederate and agree together and with each other, and with others known and unknown to the Grand Jury, to commit certain offenses under Title 18, United States Code, Sections 1956 and 1957, as follows: to knowingly engage, attempt to engage and cause and aid and abet others in engaging in monetary transactions in criminally derived property that was of a value greater than $10,000, in violation of 18 U.S.C. 1957. The manner and means of such

as Related To 07-181

conspiracy include, but are not limited to, counts two through ten of this indictment.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 2-10

On or about the dates set forth below, in the District of Nevada, and elsewhere, the defendant, MICHELE WONG, as set forth below, did knowingly engage and attempt to engage and did aid, abet, counsel, command, induce and procure and cause the engaging and attempts to engage in the following monetary transactions by, through or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is the exchange of funds and monetary instruments, such property having been derived from a specified unlawful activity, that is, Title 21, United States Code, Sections 959, 960 and 963.

| COUNT | DATE | MONETARY TRANSACTION |
|---|---|---|
| 2 | July 26, 2006 | Wong transferred $550,000 she received from Unimed into her Citibank money market account #151875572 |
| 3 | July 28, 2006 | Wong purchased cashier's check# 103985883 totaling $858,444.94 from her Citibank account# 151875572 payable to Countrywide Home Loans |
| 4 | on or about July 28, 2006 | Wong paid off the remainder of the mortgage for 2290 Casa Bella Court with cashier's check# 103985883 totaling $858,444.94 from her Citibank account# 151875572 payable to Countrywide Home Loans |
| 5 | August 15, 2006 | Wong transferred $300,000 she received from Unimed into her Citibank e-savings account # 152070827 |
| 6 | September 8, 2006 | Wong transferred $200,000 she received from Unimed to her Citibank e-savings account # 152070827 |
| 7 | October 20, 2006 | Wong transferred $471,263 she received from Unimed to her Citibank e-savings account # |

|    |                  | 152070827                                                                                                    |
|----|------------------|--------------------------------------------------------------------------------------------------------------|
| 8  | November 9, 2006 | Withdrawal of $20,000                                                                                        |
| 9  | November 9, 2006 | $20,000 cash down payment to Fletcher Jones Imports for the purchase of a 2007 Mercedes Benz GL450           |
| 10 | November 9, 2006 | Wong transferred check for $18,222.02 to Fletcher Jones Imports for the purchase a 2007 Mercedes Benz GL450  |

All in violation of Title 18, United States Codes, Sections 1957 and 2.

### **FORFEITURE ALLEGATION**

1. Pursuant to Title 18, United States Code, Section 982(a)(1), each defendant who is convicted of one or more of the offenses set forth in Counts 1 through 10 shall forfeit to the United States the following property:

a. All right, title, and interest in any and all property involved in each offense in violation of Title 18, United States Code, Section 1957, or conspiracy to commit such offense, for which the defendant is convicted, and all property traceable to such property, including the following: (1) all money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of Section 1957; (2) all commissions, fees and other property constituting proceeds obtained as a result of those violations; and (3) all property used in any manner or part to commit or to facilitate the commission of those violations. Such property includes, but is not limited to, the land and structure located at 2290 Casa Bella Court, Las Vegas, Nevada 89117, a 2004 Lamborghini Murcielago VIN # ZHWBU16S64LA01275, $6,100.00 in United States currency, a 2007 Mercedes Benz S-550 VIN #WDDNG71X07A086619, a 2007 Mercedes Benz GL 450 VIN # 4JGBF71E87A191614, Citibank Checking Account #151875564 containing $2,569.04, Citibank Checking Account #152070827 containing $485,952.00, Wells Fargo Check 0648300450 containing $191,971.74

from Account 6294596132.

b. A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

2. Pursuant to Title 21, United States Code, Section 835(p), as incorporated by Title 18, United States Code, Section 982(b), each defendant shall forfeit substitute property, up to the value of the amount described in paragraph 1, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in accordance with Title 18, United States Code, Section 982(a)(1), and Rule 32.2(a), Federal Rules of Criminal Procedure.


                                                    A TRUE BILL:



                                                    FOREPERSON.

Richard Weber, Chief
Asset Forfeiture and
   Money Laundering Section
Criminal Division,
Department of Justice
1400 New York Avenue, N.W.

Bond Building

Washington, DC 20005

By: _____

Robert Stapleton, NY Bar #4076568

Linda M. Samuel, DC Bar #388970

Criminal Division,

Asset Forfeiture and
   Money Laundering Section

Department of Justice

1400 New York Ave., NW

Bond Building

Washington, DC 20005

Telephone: (202)514-1263