AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MICHELE WONG
DOB:

**FILED**
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR: 07-211

**WARRANT FOR ARREST**

CASE NUMBER: 07-307-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___MICHELE WONG___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

engaging or attempting to engage in a monetary transaction in criminally derived property that is of a value greater than $10,000 and is derived from specified unlawful activity constituting an offense under Title 21, United States Code, Sections 959, 960 and 963; and combine, conspire, confederate, and agree with other co-conspirators known and unknown to the Government, to commit the following offense against the United States: to engage or attempt to engage in a monetary transaction in criminally derived property that is of a value greater than $10,000 and is derived from specified unlawful activity constituting an offense under Title 21, United States Code, Sections 959, 960 and 963

in violation of Title __18__ United States Code, Sections 1956(h) and 1957.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_John M Facciola_
Signature of Issuing Officer

JUN 15 2007   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 08/22/07 | NAME AND TITLE OF ARRESTING OFFICER D.L. BALDWIN SDUSM - USMS | SIGNATURE OF ARRESTING OFFICER _DB_ |
|---|---|---|
| DATE OF ARREST 08/22/07 | | |

1339096