**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-211 (EGS) |
| | : |
| MICHELE WONG, | : |
| | : |
| Defendant. | : |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please note the appearance of G. Allen Dale, as retained counsel on behalf of defendant, Michele Wong.

Dated: August 27, 2007                                          Respectfully submitted,


                                                                               /s/
                                                                G. ALLEN DALE, Bar No. 954537
                                                                601 Pennsylvania Avenue, NW
                                                                Suite 900 – North Building
                                                                Washington, DC 20004
                                                                Telephone: (202) 638-2900
                                                                Facsimile: (202) 783-1654