UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : <br> MICHELE WONG, : <br> : <br> Defendant. : | Criminal No. 07-211 (EGS) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF
DAVID Z. CHESNOFF, COUNSEL FOR MICHELE WONG**

G. Allen Dale, counsel for Defendant Michele Wong, hereby respectfully moves the Court for entry of an order permitting David Z. Chesnoff to appear *pro hac* vice in accordance with Local Civil Rule 83.2. In support thereof, I hereby submit the accompanying certifications together with a draft order for the Court's considerations.

Dated: August 27, 2007                                Respectfully submitted,


                                                       /s/
                                                       G. ALLEN DALE, Bar No. 954537
                                                       601 Pennsylvania Avenue, NW
                                                       Suite 900 – North Building
                                                       Washington, DC 20004
                                                       Telephone: (202) 638-2900
                                                       Facsimile: (202) 783-1654

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-211 (EGS) |
| v. : | |
| : | |
| MICHELE WONG, : | |
| : | |
| Defendant. : | |

### ***PRO HAC VICE*** **ADMISSION CERTIFICATION OF DAVID Z. CHESNOFF**

I, David Z. Chesnoff, hereby certify that the following information is true and correct:

1. My full name is David Z. Chesnoff. LCvR 83.2(d)(1).

2. My office address is Chesnoff & Schonfeld, 520 South Fourth Street, Las Vegas, Nevada 89101, and my business telephone number is (702) 384-5563. LCvR 83.2(d)(1).

3. I have been admitted to the following bars:

   United States District Court for Nevada

   United States District Court for the Southern District of Texas

   United States District Court for the Eastern District of Michigan

   United States Supreme Court

   United States Court of Appeals for the First Circuit

   United States Court of Appeals for the Second Circuit

   United States Court of Appeals for the Third Circuit

   United States Court of Appeals for the Fifth Circuit

   United States Court of Appeals for the Sixth Circuit

   United States Court of Appeals for the Eighth Circuit

      United States Court of Appeals for the Ninth Circuit

      United States Court of Appeals for the Tenth Circuit

      United States Court of Appeals for the Eleventh Circuit

      Untied States District Court for the Central District of California

      United States District Court for the Southern District of Mississippi

      United States District Court for the District of Arizona

4. I have not been disciplined by any bar. LCvR 83.2(d)(4).

5. I have not bee admitted *pro hac vice* in this Court within the last two years. LCvR 83.2(d)(5).

6. I do not engage in the practice of law from an office located in the District of Columbia. LCvR 83.2(d)(6).

7. I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code pertaining to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, to which I will faithfully adhere, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct. LCvR 83.2(J), 83.2(6).

8. I hereby swear and/or affirm that the foregoing Certification is true and correct to the best of my knowledge.

Date: August 27, 2007                            Respectfully submitted,

                                                               /s/
                                              David Z. Chesnoff
                                              Chesnoff & Schonfeld
                                              520 South Fourth Street
                                              Las Vegas, Nevada 89101
                                              Telephone: (702) 384-5563
                                              Facsimile: (702) 598-1425

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-211 (EGS) |
| v. : | |
| : | |
| MICHELE WONG, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon careful consideration of the motion by G. Allen Dale, counsel for Defendant Michele Wong, for the *pro hac vice* admission of David Z. Chesnoff to represent Defendant Michele Wong, the motion is hereby GRANTED.

David Z. Chesnoff is hereby admitted to practice before this Court in the above captioned matter *pro hac vice* as counsel for Defendant Michele Wong, as set forth in Local Rules 83.2 (c) and (d).

TO THE CLERK: Please add David Chesnoff to the ECF service list in this case (emilano@gcklaw.com).

SO ORDERED.

_____          _____
Date                                                        Judge
                                                                United States District Court