UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>v.              )<br>  )<br>MICHELE WONG,       )<br>  )<br>  Defendant.        )<br>_____) | Criminal No. 07-211 (EGS) |

MOTION TO ALLOW DEFENDANT AND OUT OF STATE COUNSEL
TO PARTICIPATE IN STATUS HEARING VIA CONFERENCE CALL

G. Allen Dale, counsel for Defendant Michele Wong, hereby respectfully moves the Court for entry of an order permitting defendant and out of state counsel to participate in an upcoming status hearing via conference call. In support of the motion, the defendant respectfully states:

Michele Wong has been indicted and is pending a status hearing before this Honorable Court on Friday, September 14, 2007, at 12:30 p.m. Ms. Wong was arrested at her home in Las Vegas, Nevada and ultimately released on her personal recognizance. She appeared on August 22, 2007, before the Honorable Alan Kay, United States Magistrate Judge, where she was once again released on personal recognizance.

Undersigned counsel has moved the admission *pro hac vice* of David Chesnoff and Richard Schonfeld, of the law firm Chesnoff & Schonfeld. Mr. Chesnoff and Mr. Schonfeld have a previous relationship with the defendant Wong and represented her in Nevada when she was arrested on the charges pending before this Court. Should the Court grant our motion to

admit them *pro hac vice*, they continue to assist below signed counsel in the representation of Ms. Wong in the United States District Court for the District of Columbia.

When the parties appeared for arraignment before Magistrate Judge Kay, we were informed that this Court had previously scheduled a status hearing for September 19, 2007, and that if that date were not agreeable to the parties we should address a new date with the Court. Due to various scheduling conflicts with the parties, we have sought and been granted a new status date of September 14, 2007. Because there is such a short turnaround time from obtaining the new date until the status hearing, obtaining airfare is extremely expensive for the defendant, whose funds are limited due at least in part to the Government's seizure and freezing of accounts.

We are of the belief that the Government will seek an extended delay in this case, as they have in a related case before this Court, and that the status date on September 14, 2007, will be of nominal importance.

The defendant urges the Court to allow below signed to appear with government counsel at the status hearing date and to allow Ms. Wong to appear via conference call along with her Nevada attorneys. Ms. Wong would travel to her attorneys' office. These attorneys, as members of the bar will certify Ms. Wong's presence with them in their offices and all can participate via conference call.

The United States, through its authorized representative, the United States Attorney for the District of Columbia, specifically AUSA Robert Stapleton, authorizes counsel to certify that they do not oppose the instant request.

WHEREFORE, the defendant respectfully prays that the Court grant her motion and allow her and her out of state attorneys to participate via conference call at the status hearing scheduled for September 14, 2007.

Respectfully submitted,

_____/s/_____
G. ALLEN DALE
# 954537
601 Pennsylvania Avenue, N.W.
North Building - Suite 900
Washington, D.C.  20004
(202) 638-2900
Fax:  (202) 783-1654

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)  Criminal No. 07-211 (EGS)
v. )
)
MICHELE WONG, )
)
Defendant. )
_____ )

O R D E R

This matter comes before the Court on unopposed motion of the defendant seeking leave to participate in an upcoming status conference with her out of state attorneys via conference call. The request appearing reasonable, it is by the Court this _____ day of September, 2007,

ORDERED that the defendant's Motion be and the same hereby is GRANTED; and it is

FURTHER ORDERED that the defendant shall appear at the offices of her Las Vegas, Nevada attorneys on September 14, 2007, where she and those attorneys shall participate in the status hearing via conference call which will be originated by the Court at 12:30 p.m (EDT), on September 14, 2007.

SO ORDERED:

_____
EMMETT G. SULLIVAN, JUDGE
United States District Court