UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                )
UNITED STATES OF AMERICA        )
                                )
     v.                         ) Criminal Action No. 07-211 (EGS)
                                )
MICHELE WONG,                   )
                                )
     Defendant.                 )
_____)
```

### ORDER

Pursuant to the status hearing held on September 14, 2007, it is hereby

**ORDERED** that the government shall file its motion to toll the speedy trial clock, by no later than **September 28, 2007**; responses shall be filed by no later than **October 9, 2007**; replies, if any, shall be filed no later than **October 16, 2007**; and it is

**FURTHER ORDERED** that a motions hearing is scheduled for **October 25, 2007 at 10:30 a.m.**

SO ORDERED.

Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **September 14, 2007**