UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 07-211 (EGS) |
| ) | |
| MICHELE WONG, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the motions, responses and replies thereto, and arguments, and consistent with the Court's oral ruling at the October 25, 2007 motions hearing, the Court **GRANTS in part and DENIES in part** the Government's Motion Under the Speedy Trial Act to Exclude Time Given the Complex Nature of the Case and to Exclude Time to Obtain Evidence from a Foreign Country, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and (ii), and 3161(h)(9), it is hereby

**ORDERED** that the speedy trial clock shall be tolled until the status hearing scheduled for **January 31, 2008 at 10:00 a.m.**, at which point the Court will consider whether to extend the toll; and it is

**FURTHER ORDERED** that an additional status hearing is scheduled for **November 30, 2007 at 10:00 a.m.**

SO ORDERED.

**Signed:**   **Emmet G. Sullivan**
          **United States District Judge**
          **October 25, 2007**