UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MICHELE WONG, )<br>)<br>Defendant. )<br>_____) | Criminal No. 07-211 (EGS) |

## UNOPPOSED MOTION FOR TRANSPORTATION EXPENSES

Defendant, Michele Wong, hereby moves this Court to authorize and direct the Marshal to make transportation arrangements designed to bring Ms. Wong from her home in Las Vegas, Nevada, to the next court date in the above-captioned case, and to return her at the conclusion of the hearing. Government counsel, Assistant United States Attorney Robert Stapleton, has indicated that he does not oppose this motion.

Pursuant to 18 U.S.C. § 4285, this Court may

> Direct the United States Marshal to arrange for [a person financially unable to provide their transportation] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required.

Ms. Wong has been indicted but the Government has asked this Court to toll speedy trial time while they investigate and gather evidence in order to proceed to trial. The Government has seized all of Ms. Wong's bank accounts. Ms. Wong is unemployed and cares for a twenty-two (22) month old child. Ms. Wong is unable, on her own, to pay for the cost to attend status hearings in Washington, D.C. Ms. Wong must borrow money in order to pay for the transportation costs. Ms. Wong's appearance is required by the Court even though she is willing

to waive her appearance for the status hearings, which will be conducted periodically as the Court determines how long to give the Government to continue to investigate the charges against her.

Accordingly, Ms. Wong respectfully requests that the Court enter the attached Order directing the Marshal to make appropriate arrangements to facilitate her appearance in Court for a status hearing on November 30, 2007 at 10:00 a.m., and her return to Las Vegas, Nevada after her appearance.

Respectfully submitted,

_____/s/_____
G. ALLEN DALE
# 954537
601 Pennsylvania Avenue, N.W.
North Building - Suite 900
Washington, D.C. 20004
(202) 638-2900
Fax: (202) 783-1654

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MICHELE WONG, )<br>)<br>Defendant. )<br>_____) | Criminal No. 07-211 (EGS) |

### ORDER

Upon consideration of defendant's unopposed motion for travel, and defendant having shown that she is financially unable to provide the necessary transportation to appear before the Court, it is this _____ day of November, 2007, hereby

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the defendant noncustodial transportation from Las Vegas, Nevada to Washington, D.C., to appear before the Court for a hearing scheduled for November 30, 2007 at 10:00 a.m., and transportation to return to Las Vegas, Nevada, after said hearing.

_____
EMMET G. SULLIVAN