UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 07-211 (EGS) |
| v. ) | |
| ) | |
| MICHELE WONG, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

Upon consideration of defendant's unopposed motion for travel, and defendant having shown that she is financially unable to provide the necessary transportation to appear before the Court, it is this ____8th____ day of November, 2007, hereby

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the defendant noncustodial transportation from Las Vegas, Nevada to Washington, D.C., to appear before the Court for a hearing scheduled for November 30, 2007 at 10:00 a.m., and transportation to return to Las Vegas, Nevada, after said hearing.

_____
EMMET G. SULLIVAN

3