UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 07-211 (EGS) |
| ) | |
| MICHELE WONG, ) | |
| Defendant. ) | |

**Notice Regarding Proposed Order**

Attached is a proposed order for Government's Renewed Motion Under the Speedy Trial Act to Exclude Time Given the Complex Nature of the Case and to Exclude Time to Obtain Evidence from Foreign Countries.  The Government filed the aforementioned motion electronically on January 24, 2008.


Dated: January 25, 2008                     RICHARD WEBER, CHIEF
                                            ASSET FORFEITURE AND
                                            MONEY LAUNDERING SECTION


                                            _____/S/_____
                                            ROBERT STAPLETON, NY BAR #4076568
                                            U.S. Department of Justice
                                            Criminal Division
                                            Asset Forfeiture and
                                               Money Laundering Section

                                            1400 New York Avenue, N.W., Suite 10100
                                            Washington, D.C. 20530
                                            (202) 514-1263

                                            Attorney for Plaintiff United States

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 07-211 (EGS) |
| ) | |
| MICHELE WONG, ) | |
|         Defendant. ) | |

## **ORDER**

Upon consideration of the "Government's Motion Under The Speedy Trial Act To Exclude Time," the Defendant's Response Thereto, and the entire record in this matter, it is this, _____ day of _____, 2008,

ORDERED, that the government's motion is **GRANTED**. In support of this ruling, the Court makes the following findings:

1. The Court **FINDS**, pursuant to 18 U.S.C. §3161(h)(8)(A), and 18 U.S.C. §3161(h)(8)(B)(i) and (ii), that the ends of justice served by granting the government's motion outweigh the best interest of the public and the defendant in a speedy trial. The reason for finding that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial is based upon the nature of the case, that is, this case is complex due to the nature of the prosecution, in that it is an international drug conspiracy case involving multiple defendants and evidence from several countries, and it is therefore unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

2. Pursuant to 18 U.S.C. §3161(h)(9), the Court **FINDS**, by a preponderance of the

evidence, that the United States will make an official request, as defined in 18 U.S.C. §3292, for evidence of the offense charged in the indictment from China, Mexico and Germany, and that it reasonably appears that such evidence is in those nations. In computing the time within which the trial must commence, the period of time from the filing of the government's motion to six months therefrom shall be excluded pursuant to 18 U.S.C. §3161(h)(9) with the right of the government to apply for an additional six months if necessary.

DATE: _____                    _____
                                         EMMET G. SULLIVAN, JUDGE
                                         UNITED STATES DISTRICT COURT