UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 07-211 (EGS) |
| v. ) | |
| ) | |
| MICHELE WONG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### UNOPPOSED MOTION FOR TEMPORARY MODIFICATION
### OF CONDITIONS OF RELEASE

Defendant, Michele Wong, hereby moves this Court to sign the attached Order, temporarily modifying her conditions of release, as outlined in the Order.

The modification presented herein was presented to the Court orally at a status hearing on March 31, 2008, and the Court expressed no opposition to the request.

Wherefore, Ms. Wong respectfully requests the Court enter the attached Order.

Respectfully submitted,

_____/s/_____
G. ALLEN DALE
# 954537
601 Pennsylvania Avenue, N.W.
North Building - Suite 900
Washington, D.C. 20004
(202) 638-2900
Fax: (202) 783-1654
Email: gallendale@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 07-211 (EGS) |
| v. ) | |
| ) | |
| MICHELE WONG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER

Upon consideration of the defendant's unopposed motion for temporary modification of her conditions of release, it is this _____ day of April, 2008,

ORDERED that, the defendant's motion be and it is hereby granted; and it is

FURTHER ORDERED, that the defendant be allowed to travel from her home to South San Francisco, California on April 5, 2008, and return on April 9, 2008. While in South San Francisco, California the defendant shall reside at the Embassy Suites at 250 Gateway Boulevard, South San Francisco, California 94080, where she can be reached by telephone at 650-589-3400; and it is

FURTHER ORDERED, that the defendant shall call pretrial services immediately before leaving her home and immediately upon her return; and it is

FURTHER ORDERED, that all other conditions of release shall remain in effect.

_____
EMMETT G. SULLIVAN, JUDGE
U. S. District Court